## STATE OF MAINE *versus* WATERS.

On an indictment for an assault with a dangerous weapon upon A. B., with *intent to kill* and *murder*, a general verdict of guilty is sustainable.

ON EXCEPTIONS from *Nisi Prius,* HOWARD, J., presiding. INDICTMENT.

The facts are stated in the opinion.

*Wells & Bell* and *Hayes,* for prisoner.

*Evans,* Att'y Gen., for State.

RICE. J. — This is an indictment against the defendant for an assault with a dangerous weapon, upon one Alexander Lewis Maxwell, with intent to kill and murder. There was a general verdict of guilty against the defendant, and the matter is now before this Court on exceptions to the ruling of the Judge who tried the case, for overruling a motion in arrest of judgment, filed by defendant. All the principles involved in this case, were considered in *State v. Waters,* argued at the same time with this case. Ante p. 54.

For the reasons therein given the exceptions must be overruled, and        *Judgment on the verdict.*

SHEPLEY, C. J., and HATHAWAY, and CUTTING, J. J., concurred.